

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2019

No. 04-19-00028-CV

Kent **LINDUFF,**
Appellant

v.

Lisa Ann **ROBERTS** a/k/a Lisa Ann Bays,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 13-310
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

The trial court signed a final judgment on December 14, 2018. Because appellant did not file a motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due to be filed on January 13, 2019. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due on January 28, 2019. *See* TEX. R. APP. P. 26.3. Although appellant filed a notice of appeal on January 16, 2019, within the fifteen-day grace period allowed by Rule 26.3, he did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

It is therefore ORDERED that appellant file, within fifteen (15) days of the date of this order, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All other appellate deadlines are suspended until further order of this court.

_Sandee Bryan Marion_

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2019.

KEITH E. HOTTLE,
Clerk of Court